IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK BRINKLEY, | No. C 07-0350 MJJ (PR) |
| Petitioner, | **ORDER OF TRANSFER** |
| v. | |
| BEN CURRY, Warden, | **(Docket Nos. 2 & 4)** |
| Respondent. | |

Petitioner, a California prisoner, has filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging a conviction and sentenced obtained in 1983 in the Superior Court for the County of Sacramento.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); although petitions challenging a conviction are preferably heard in the district of conviction. See Habeas L.R. 2254-3(a); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968); cf. Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989) (district of confinement best forum to review execution of sentence). The venue for Sacramento County, where petitioner was convicted, is the United States District Court for the Eastern District of California. See 28 U.S.C. § 84(b).

Because venue is preferred in the Eastern District, this case is TRANSFERRED to

N:\MJJ\Week of 7.16.07\brinkley.trn.wpd

the United States District Court for the Eastern District of California. <u>See</u> 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b).  In light of this transfer, this Court will defer to the Eastern District for a ruling on the motion for appointment of counsel.

In light of petitioner's payment of the filing fee, the application for leave to proceed in forma pauperis is DENIED as moot.

The Clerk shall transfer this matter forthwith, and terminate Docket Nos. 2 & 4 from this Court's docket.

IT IS SO ORDERED.

DATED: 7/11/2007


MARTIN J. JENKINS
United States District Judge

N:\MJJ\Week of 7.16.07\brinkley.trn.wpd        2