**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                            General Court Number
Clerk                                                                             415.522.2000

July 20, 2007

U.S. District Court
Eastern District of California
501 I Street
Sacramento, CA 95814

RE: CV 07-00350 MJJ  FREDERICK BRINKLEY-v-BEN CURRY

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

✔   Certified copy of docket entries.

✔   Certified copy of Transferral Order.

✔   Original case file documents.

✔   Please access the electronic case file for additional pleadings you may

need.  See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: (Sheila Rash
Case Systems Administrator

Enclosures
Copies to counsel of record

July 20, 2007

**These instructions are for internal court use only.
Do not make these instructions part of the  record.**

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**.  It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at
ecfhelpdesk@cand.uscourts.gov.